Argued and submitted January 4, review dismissed as improvidently allowed
February 1, 1996

## PAUL EDWARD KIBBLE,
*Petitioner on Review,*

*v.*

## G. H. BALDWIN,
Superintendent,
Eastern Oregon Correctional Institution,
*Respondent on Review.*

(CC CV 92-0960; CA A82560; SC S42515)

909 P2d 874

Theresa M. Kohlhoff, Wilsonville, argued the cause and filed the petition for petitioner on review.

Jonathan H. Fussner, Assistant Attorney General, Salem, argued the cause for respondent on review. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

MEMORANDUM OPINION

Review dismissed as improvidently allowed.